# EXHIBIT H

| | |
|---|---|
| **From:** | Amrit Singh |
| **To:** | "Redmond, Tim (NIH/OD) [E]" |
| **Cc:** | Garcia-Malene, Gorka (NIH/OD) [E]; Natasha Arnpriester; Bordine, Roger (NIH/OD) [E] |
| **Subject:** | RE: NIH FOIA Response to Amrit Singh |
| **Date:** | 19 May 2020 14:53:00 |

Thank you, in that case, we consent to the consolidation.
Amrit

Amrit Singh
Director, Accountability, Liberty and Transparency Division,
Open Society Justice Initiative

224 W. 57th St
New York, N.Y. 10019
Tel: +1 212 5480660
Fax: +1 212 548 4662

**From:** Redmond, Tim (NIH/OD) [E] <tim.redmond@nih.gov>
**Sent:** 19 May 2020 14:40
**To:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Cc:** Garcia-Malene, Gorka (NIH/OD) [E] <gorka.garcia-malene@nih.gov>; Natasha Arnpriester <natasha.arnpriester@opensocietyfoundations.org>; Bordine, Roger (NIH/OD) [E] <roger.bordine@nih.gov>
**Subject:** RE: NIH FOIA Response to Amrit Singh

Dear Ms. Singh,

Yes, that is in fact the case. The two identical FOIA requests will be consolidated and it will capture all NIH and NIAID records requested.

v/r

Tim Redmond
FOIA Specialist
NIH

**From:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Sent:** Tuesday, May 19, 2020 1:10 PM
**To:** Redmond, Tim (NIH/OD) [E] <tim.redmond@nih.gov>
**Cc:** Garcia-Malene, Gorka (NIH/OD) [E] <gorka.garcia-malene@nih.gov>; Natasha Arnpriester <natasha.arnpriester@opensocietyfoundations.org>
**Subject:** RE: NIH FOIA Response to Amrit Singh

Dear Mr. Redmond—thank you for your email. We had filed two separate FOIA requests, one with NIH, and the other with NIAID on the understanding that a search of NIH records would not necessarily capture NIAID records responsive to our FOIA request to NIAID. If you are representing that a search of NIH records would capture all records responsive to our NIAID FOIA

request, we have no objection to consolidating the two FOIA requests.  I would be grateful if you could clarify that this is indeed what you are representing.
Best,
Amrit Singh
Director, Accountability, Liberty and Transparency Division,
and Senior Lawyer, National Security and Counterterrorism
Open Society Justice Initiative
224 W. 57th St
New York, N.Y. 10019

---

**From:** Redmond, Tim (NIH/OD) [E] <tim.redmond@nih.gov>
**Sent:** 18 May 2020 17:24
**To:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Cc:** Garcia-Malene, Gorka (NIH/OD) [E] <gorka.garcia-malene@nih.gov>
**Subject:** RE: NIH FOIA Response to Amrit Singh

Thank you, Ma'am.

---

**From:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Sent:** Monday, May 18, 2020 5:23 PM
**To:** Redmond, Tim (NIH/OD) [E] <tim.redmond@nih.gov>
**Subject:** RE: NIH FOIA Response to Amrit Singh

Thank you, acknowledging receipt of this email (your previous email had a typo in the address), and I will respond shortly.
Amrit

Amrit Singh
Director, Accountability, Liberty and Transparency Division,
Open Society Justice Initiative

---

**From:** Redmond, Tim (NIH/OD) [E] <tim.redmond@nih.gov>
**Sent:** 18 May 2020 17:20
**To:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Subject:** NIH FOIA Response to Amrit Singh

Dear Ms. Singh,

It appears I previously sent this email to the wrong address (although I was not notified that it was wrong).  Please respond back as soon as possible.

v/r

Tim Redmond
NIH FOIA Analyst

**From:** Redmond, Tim (NIH/OD) [E]
**Sent:** Monday, May 18, 2020 3:30 PM
**To:** amrit.sigh@opensocietyfoundations.org
**Cc:** NIH FOIA <nihfoia@od.nih.gov>
**Subject:** Recent FOIA Request RE: Expedited Processing

Dear Ms. Singh,

I hope this email finds you well.

It appears that you sent two separate FOIA request letters covering the same topic.  One was sent to the National Institutes of Health (NIH), and the other sent to the National Institute of Allergy and Infectious Diseases.  In each you  asked for expedited processing.  If these are in fact the same FOIA request, please let us know, as we can more efficiently respond to your Request.

I previously sent you a similar letter on  Tuesday May 12, 2020, at 2:25 p.m. (EST), stating :

"It appears that you have filed the same FOIA request with NIH and with NIAID.  If that is the case, please acknowledge and we will consolidate your requests."

Please reply at your earliest possible convenience, and if you have any questions, you can email me at this address.


v/r

Timothy Redmond
FOIA Specialist
NIH