# EXHIBIT L



May 6, 2020

By email to:

amrit.singh@opensocietyfoundations.org

In Reply Refer To: 2020-3541

Dear Requester:

This is in response to your request for expedited processing of your Freedom of Information Act (FOIA) request for records regarding COVID-19.

The Electronic Freedom of Information Act (EFOIA) Amendments of 1996 amended the FOIA by adding section (a)(6)(E), 5 U.S.C. 552(a)(6)(E), to require agencies to consider requests for expedited processing and grant them whenever a "compelling need" is shown and in other cases as determined by the agency. The term "compelling need" is defined as (1) involving "an imminent threat to the life or physical safety of an individual," or (2) in the case of a request made by "a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity."

Based on the justification provided in your and as provided in FDA's regulations at 21 CFR 20.44, I am granting your requests for expedited processing. FDA will process your request as soon as practicable.

Sincerely yours,

Sarah B. Kotler -S
Digitally signed by Sarah B. Kotler -S
Date: 2020.05.06 10:53:22 -04'00'

Sarah Kotler
Director
Division of Freedom of Information

**U.S. Food and Drug Administration**
5630 Fishers Lane, Room 1035
Rockville, MD 20857
www.fda.gov