# EXHIBIT M

| | |
|---|---|
| **From:** | OS FOIA Request (HHS/ASPA) |
| **To:** | Amrit Singh |
| **Cc:** | Natasha Arnpriester |
| **Subject:** | RE: OSJI FOIA request |
| **Date:** | 25 June 2020 12:08:37 |

Thank you for your email.

We have received your request via email and will log your request now.

Have a great day!
-HHS FOIA Team

---

**From:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Sent:** Wednesday, June 24, 2020 4:56 PM
**To:** OS FOIA Request (HHS/ASPA) <FOIARequest@hhs.gov>; PSC FOIA Request
(OS/ASA/PSC/FMP) <FOIARequest@PSC.hhs.gov>
**Cc:** Natasha Arnpriester <natasha.arnpriester@opensocietyfoundations.org>
**Subject:** RE: OSJI FOIA request

Dear Sir/Madam--I expect that the email submission early today of our FOIA request (along with a request for fee waiver and expedited processing) has been marked as received. Please note that, in an abundance of caution, I tried several times today to submit the FOIA request on your online portal using internet explorer, but it did not accept the request.
Best,
Amrit Singh

---

**From:** Amrit Singh
**Sent:** 24 June 2020 15:13
**To:** 'FOIARequest@hhs.gov' <FOIARequest@hhs.gov>; 'FOIArequest@psc.hhs.gov'
<FOIArequest@psc.hhs.gov>
**Cc:** Natasha Arnpriester <natasha.arnpriester@opensocietyfoundations.org>
**Subject:** OSJI FOIA request

Dear Sir/Madam—
Please find attached a FOIA request, submitted to HHS on behalf of the Open Society Justice Initiative, for records relating to the administration's response to COVID-19.
Best,

Amrit Singh
Director, Accountability, Liberty and Transparency Division,
and Senior Lawyer, National Security and Counterterrorism
Open Society Justice Initiative
224 W. 57th St
New York, N.Y. 10019
Tel: +1 212 5480660
Fax: +1 212 548 4662