# EXHIBIT N



DEPARTMENT OF HEALTH AND HUMAN SERVICES                                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

June 26, 2020

Amrit Singh
Open Society Justice Initiative
Open Society Justice Initiative
224 W. 57th St
New York, New York 10019
Via email: amrit.singh@opensocietyfoundations.org

Dear Amrit Singh:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease
Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated June 24,
2020.  Your request assigned number is 20-01876-FOIA, and it has been placed in our complex
processing queue.

In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a
FOIA request.

We will require more than thirty-working -days to respond to your request because:

> ☐  We reasonably expect that two or more CDC centers, institutes, and offices (C/I/Os)
> may have responsive records.
> ☒  We reasonably expect to receive and review voluminous records in response to your
> request.
> ☒  We reasonably expect to consult with two or more C/I/O/s, or another HHS operating
> division or another federal agency about your request.
> ☐  We reasonably expect that records located would contain confidential commercial
> information. We are required to notify submitters of confidential information if their
> information is requested through a FOIA request. Submitters have 10 working days to
> object to the release of their information.

To process your request promptly, please consider narrowing the scope of your request to limit
the number of responsive records. If you have any questions or wish to discuss reformulation or
an alternative time frame for the processing of your request, you may contact the analyst
handling your request Mark Harper at 770-488-8154 or our FOIA Public Liaison, Roger Andoh
at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to
inquire about the FOIA mediation services they offer. The contact information for OGIS is as
follows: Office of Government Information Services; National Archives and Records
Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at
ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-
5769.

You requested that we expedite processing your request. Your request is denied because:
> ☒ You have failed to show that there is an imminent threat to the life or physical safety of an

Page 2 – Amrit Singh

individual.

☐ Even though you are a person "primarily engaged in disseminating information," you have not demonstrated an "urgency to inform the public about the actual or alleged Federal Government activity" that exists.

☒ You have not demonstrated that you are a person primarily engaged in disseminating information.

You requested that we waive fees associated with processing your request, your request is denied because it doesn't meet the following criteria:

☒ It will not reveal meaningful information about government operations or activities that are not already public knowledge.

☒ The disclosure of the records will not contribute significantly to public understanding of the operations or activities of the government.

☒ You have failed to demonstrate that you disseminate information to the public.

☒ You have failed to provide enough information to warrant a waiver of fees.

Because you are considered an "Other requester" you are entitled to two hours of free search time, and up to 100 pages of duplication (or the cost equivalent of other media) without charge, and you will not be charged for review time. We may charge for search time beyond the first two hours and for duplication beyond the first 100 pages. (10 cents/page).

If you don't provide us with a date range for your request, the cut-off date for your request will be the date the search for responsive records starts.

You have the right to appeal the agency's expedited processing and fee waiver response to your request. You may mail your appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue, Suite 729H, Washington, D.C.  20201. You may also transmit your appeal via email to FOIARequest@psc.hhs.gov. Your appeal must be postmarked or electronically transmitted by September 24, 2020.

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx  and entering your assigned request number.

Page 3 – Amrit Singh

If you have any questions regarding your request, please contact me at 770-488-8154 or via email at wzj6@cdc.gov.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

Enclosure

20-01876-FOIA