# EXHIBIT P

# EXHIBIT P

| | |
|---|---|
| **From:** | foia@hq.dhs.gov |
| **To:** | Amrit Singh |
| **Subject:** | [ACTION-REQUIRED] Department of Homeland Security FOIA 2020-HQFO-01313 |
| **Date:** | 29 June 2020 16:55:52 |

Good Afternoon Ms. Singh,

This office relies heavily on the Office of Chief Information Officer (OCIO) to perform searches for records using email accounts and key terms. On Items 5 and 6 of your request you did not provide an office or specific individuals you wanted us to search, so we ran a search as all DHS HQ employees and the search yielded an extremely large amount of data. Given the volume of data that would need to be reviewed for responsiveness, and then the number of records that would need to go on a page by page and line by line review process, it could take a number of years to respond to your request. We are reaching out to see if you were willing to limit the search to the decision makers that would shed a light on our agency's operations; that would be GS 15, the Senior Executive Services (SES), and Political Appointees (PA).

Please let us know as soon as possible so we can proceed with a search that would help you get the records of interest to you in a more efficient and effective way.

*5. Records created on or after February 1, 2020 about the virus, referring to the biodefense company, "Emergent Biosolutions."*

*6. Records created on or after February 1, 2020 about the virus, referring to Moncef Slaoui, "Project Airbridge," Jared Kushner, or any person purporting to speak on his or his coronavirus team's behalf, including but not limited to, Rachael Baitel.*

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone: 1-866-431-0486 or 202-343-1743
Fax: 202-343-4011
Visit our FOIA website