# EXHIBIT R



**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172

July 1, 2020

**SENT VIA E-MAIL TO: amrit.singh@opensocietyfoundations.org**

Ms. Amrit Singh
Open Society Justice Initiative
224 West 57th Street
New York, New York 10019

Re:  **FEMA FOIA Case Numbers 2020-FEFO-00834/2020-FECS-00135**

Dear Ms. Singh:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated and received in this office on June 24, 2020.   You are seeking copies of the following records regarding the novel coronavirus/SARS-CoV-2/COVID-19 (the virus):

1. "Communications (from December 1, 2019 until June 1, 2020) between White House officials (including President Trump) and DHS Secretary Chad Wolf or Rear Adm. John Polowczyk (FEMA Supply Chain Stabilization Task Force) about the virus.
2. Communications (from December 1, 2019 until June 1, 2020) between White House officials (including President Trump) and FEMA's Administrator, Chief of Staff, Deputy Administrator or Associate Administrator for Response and Recovery about the virus.
3. Communications (from December 1, 2019 until June 1, 2020) between FEMA's immediate office of the Administrator (including the Administrator, Peter Gaynor) and the immediate office of the Assistant Secretary for Preparedness and Response (including Assistant Secretary Robert Kadlec) about the virus.
4. Communications from February 1, 2020 until May 1, 2020 between FEMA's immediate office of the Administrator (including the Administrator, Peter Gaynor) and a) the office of Florida Governor Ron DeSantis (including Governor DeSantis) or b) the office of Florida Division of Emergency Management, about allocations of supplies from the strategic national stockpile in response to the virus.
5. Records created on or after February 1, 2020 about the virus, referring to the biodefense company, "Emergent Biosolutions."
6. Records created on or after February 1, 2020 about the virus, referring to Moncef Slaoui, "Project Airbridge," Jared Kushner, or any person purporting to speak on his or his coronavirus team's behalf, including but not limited to, Rachael Baitel.
7. Communications about the virus since February 1, 2020 between FEMA's immediate office of the Administrator and a) members/staff of the Job Creators Network (including but not limited to Alfredo Ortiz and/or its Elaine Parker) or b) representatives/staff from the Marcus Foundation.

**U.S. Department of Homeland Security**
500 C Street, S.W. Mail Stop 3172
Washington, DC 20472-3172



8.  Communications about the virus since March 1, 2020 between FEMA and entities participating in Project Airbridge, including but not limited to, Cardinal, Concordance Healthcare Solutions, FedEx, Henry Schein, Inc., McKesson Corp., Landstar System, Medline, Owens & Minor, Radiant Logistics, and/or UPS.
9.  Communications about the virus since March 1, 2020 between FEMA and Blue Flame Medical LLC, including, but not limited to, Mike Gula, John Thomas, Paris Pope, or any other person purporting to represent Blue Flame."

It is our understanding that you submitted your request to DHS directly for review and direct response to you and FEMA was copied on for our visibility. You may contact DHS with questions about your FOIA request using the following contact information:

> Privacy Office, Mail Stop 0655
> Department of Homeland Security
> 2707 Martin Luther King Jr. AVE SE
> Washington, DC 20528-065
> FOIA@hq.dhs.gov

Please note this is not a denial of your FOIA request for FEMA's records. DHS will process your FOIA request and contact you regarding their release determination.

Thank you for your interest in FEMA.

Sincerely,

BROOKE E NICHOLAS
Digitally signed by BROOKE E NICHOLAS
Date: 2020.07.01 09:52:19 -04'00'

Brooke Nicholas
Lead Government Information Specialist
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security