# EXHIBIT S

| From: | Vega Sandoval, Juan |
| --- | --- |
| To: | Amrit Singh |
| Cc: | Natasha Arnpriester |
| Subject: | RE: Federal Emergency Management Agency FOIA 2020-FEFO-00834 Response |
| Date: | 06 July 2020 09:45:16 |

Good morning,

FEMA is currently meeting its FOIA obligations by referring your request to DHS for direct response to you. If you have additional questions regarding your request, please contact DHS at the following:

Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
FOIA@hq.dhs.gov


Thank you,

Juan Vega

Government Information Specialist | Information Management Division | Office of the Chief Administrative Officer

Office: (202) 212-2252 | Work Mobile: (202) 674-2989

juan.vegasandoval@fema.dhs.gov

Federal Emergency Management Agency

**fema.gov**


**From:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Sent:** Thursday, July 2, 2020 6:05 AM
**To:** FEMA-FOIA <FEMA-FOIA@fema.dhs.gov>
**Cc:** Natasha Arnpriester <natasha.arnpriester@opensocietyfoundations.org>
**Subject:** RE: Federal Emergency Management Agency FOIA 2020-FEFO-00834 Response

Dear Ms. Nicholas—

Thank you for your message.  You state in your July 1, 2020 letter that "it is our understanding that you submitted your request to DHS directly for review and direct response to you and FEMA was copied on for our visibility."
We would like to make clear that the Open Society Justice Initiative submitted FOIA requests to both DHS and FEMA because we expect that both DHS and FEMA possess records responsive to our requests.  We expect that both agencies will comply with their obligations under the Freedom of Information Act (FOIA) to search for and disclose records responsive to our requests. If it is the case that FEMA is currently meeting its FOIA obligations by referring all FOIA requests it receives to DHS, we would appreciate confirmation of this fact at your earliest convenience.

Best wishes,

Amrit Singh
Director, Accountability, Liberty and Transparency Division,
Open Society Justice Initiative
224 W. 57th St
New York, N.Y. 10019
Tel: +1 212 5480660
Fax: +1 212 548 4662
Pronouns: She/Her

**From:** fema-foia@fema.dhs.gov <fema-foia@fema.dhs.gov>
**Sent:** 01 July 2020 12:25
**To:** Amrit Singh <amrit.singh@opensocietyfoundations.org>
**Subject:** Federal Emergency Management Agency FOIA 2020-FEFO-00834 Response

Dear Amrit Singh:

Attached is our response to your Freedom of Information Act (FOIA) Request. Thank you for your interest in FEMA

Regards,

Disclosure Branch
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Telephone: (202) 646-3323
FEMA-FOIA@fema.dhs.gov