# EXHIBIT T

| | |
|---|---|
| **From:** | foia@hq.dhs.gov |
| **To:** | Amrit Singh |
| **Subject:** | [ACTION REQUIRED] Department of Homeland Security FOIA 2020-HQFO-01313 |
| **Date:** | 07 July 2020 14:27:35 |

Good Afternoon Ms. Singh,

One of the program offices that was tasked regarding your FOIA request requires more information on specific items in your request. They need more
information on items 2,3,5,6, and 9. Please see below for the further clarification needed:

**Item 2: Could you please  narrow the timeframe and/or provide key search terms.**

**Item 3: Could you please  narrow the timeframe and/or provide key search terms.**

**Item 5: Could you please provide more information on the type of records sought.**

**Item 6: Could you please  provide more information on the type of records sought**

**Item 9: Could you provide the specific program office and/or FEMA employees they'd like us to search as well as key search terms.**

We placed these searches on hold until we receive clarification from you.

*1. Communications (from December 1, 2019 until June 1, 2020) between White House officials (including President Trump) and DHS Secretary Chad Wolf or Rear Adm. John Polowczyk (FEMA Supply Chain Stabilization Task Force) about the virus.*

*2. Communications (from December 1, 2019 until June 1, 2020) between White House officials (including President Trump) and FEMA's Administrator, Chief of Staff, Deputy Administrator or Associate Administrator for Response and Recovery about the virus.*

*3. Communications (from December 1, 2019 until June 1, 2020) between FEMA's immediate office of the Administrator (including the Administrator, Peter Gaynor) and the immediate office of the Assistant Secretary for Preparedness and Response (including Assistant Secretary Robert Kadlec) about the virus.*

*4. Communications from February 1, 2020 until May 1, 2020 between FEMA's immediate office of the Administrator (including the Administrator, Peter Gaynor) and a) the office of Florida Governor Ron DeSantis (including Governor DeSantis) or b) the office of Florida Division of Emergency Management, about allocations of supplies from the strategic national stockpile in response to the virus.*

*5. Records created on or after February 1, 2020 about the virus, referring to the*

*biodefense company, "Emergent Biosolutions."*

*6. Records created on or after February 1, 2020 about the virus, referring to Moncef Slaoui, "Project Airbridge," Jared Kushner, or any person purporting to speak on his or his coronavirus team's behalf, including but not limited to, Rachael Baitel.*

*7. Communications about the virus since February 1, 2020 between FEMA's immediate office of the Administrator and a) members/staff of the Job Creators Network (including but not limited to Alfredo Ortiz and/or its Elaine Parker) or b) representatives/staff from the Marcus Foundation.*

*8. Communications about the virus since March 1, 2020 between FEMA and entities participating in Project Airbridge, including but not limited to, Cardinal, Concordance Healthcare Solutions, FedEx, Henry Schein, Inc., McKesson Corp., Landstar System, Medline, Owens & Minor, Radiant Logistics, and/or UPS.*

*9. Communications about the virus since March 1, 2020 between FEMA and Blue Flame Medical LLC, including, but not limited to, Mike Gula, John Thomas, Paris Pope, or any other person purporting to represent Blue Flame. (Date Range for Record Search: From 12/1/2019 To 5/1/2020)*

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone:  1-866-431-0486 or 202-343-1743
Fax:  202-343-4011
Visit our [FOIA website](#)