UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY, UNITED STATES INDO-PACIFIC COMMAND, DEPARTMENT OF STATE, DEPARTMENT OF TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, and CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　　　Defendants. | No. 20 Civ. 5096 (JMF) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR DISEASE CONTROL AND PREVENTION, FOOD AND DRUG ADMINISTRATION, NATIONAL INSTITUTES OF HEALTH, NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES, DEPARTMENT OF HOMELAND SECURITY, and FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>　　　　　　　Defendants. | No. 20 Civ. 6359 (JMF) |

## <u>STIPULATION OF VOLUNTARY DISMISSAL<br>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)</u>

WHEREAS, Plaintiff Open Society Justice Initiative ("Plaintiff") filed the operative complaints in the related, above-captioned actions (the "Actions") on or about July 2, 2020 (No. 20 Civ. 5096), and August 21, 2020 (No. 20 Civ. 6359), asserting claims for certain records and fees under the Freedom of Information Act, 5 U.S.C. § 522 ("FOIA") against Defendants (in No. 20 Civ. 5096) the Department of Defense, Defense Intelligence Agency, United States Indo-Pacific Command, Department of State, Department of Treasury, Office of the Director of National Intelligence, and Central Intelligence Agency ("CIA"); and Defendants (in No. 20 Civ. 6359) Department of Health and Human Services, Centers for Disease Control and Prevention, Food and Drug Administration, National Institutes of Health, National Institute of Allergy and Infectious Diseases, Department of Homeland Security, and Federal Emergency Management Agency (collectively, "Defendants");

WHEREAS, during the pendency of this litigation, Defendants, with the exception of the CIA, which issued a *Glomar* response, have processed and produced thousands of pages of records in response to Plaintiff's FOIA requests; and

WHEREAS, as a result of these productions, Plaintiff now wishes to voluntarily discontinue the Actions;

IT IS NOW HEREBY STIPULATED AND AGREED AS FOLLOWS:

The Actions shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

Dated: New York, New York
November 3, 2022

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |

By: *[signature]*

Eric Alan Stone
Daniel J. Klein
Tanya S. Manno (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
estone@paulweiss.com
(212) 373-3000

Mark F. Mendelsohn
Brian Shiue (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
mmendelsohn@paulweiss.com
(202) 223-7300

Natasha Arnpriester
Malcolm Dort
James A. Goldston
Open Society Justice Initiative
224 West 57th Street
New York, NY 10019
natasha.arnpriester@opensocietyfoundations.org
(212) 548-0600

*Counsel for Plaintiff*

By: *[signature]*

MÓNICA P. FOLCH
STEPHEN CHA-KIM
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-6559/2768
monica.folch@usdoj.gov
stephen.cha-kim@usdoj.gov

*Counsel for Defendants*

SO ORDERED.
*[signature]*
November 7, 2022